JUDGE SULLIVAN

**08 CV 0895**

CLOSED

# U.S. District Court
## Eastern District of New York (Brooklyn)
## CIVIL DOCKET FOR CASE #: 1:07-cv-04203-RJD-JO
### Internal Use Only

Brown et al v. Albino et al
Assigned to: Chief Judge Raymond J. Dearie
Referred to: Magistrate-Judge James Orenstein
Cause: 28:1332 Diversity-Tort/Motor Vehicle (P.I.)

Date Filed: 10/04/2007
Date Terminated: 01/18/2008
Jury Demand: Plaintiff
Nature of Suit: 350 Motor Vehicle
Jurisdiction: Diversity

**Plaintiff**

**Patricia Brown**

represented by **Jeffrey F. P. Borrell**
Borrell & Riso, LLP
1500 Hylan Boulevard
Staten Island, NY 10305
(718) 667-8600
Fax: (718) 980-1745
Email: Borrellandriso@earthlink.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**George Brown**

represented by **Jeffrey F. P. Borrell**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Robert Albino, Jr.**

**Defendant**

**Robert Albino**

represented by **John W. Kondulis**
Bilello & Walisever
875 Merrick Road
Westbury, NY 11590
516-229-4300
Fax: 516-229-4303
Email: jkondulis@geico.com
*LEAD ATTORNEY*



A TRUE COPY
ATTEST
DATE.......1.2.3....20.08..
ROBERT C. HEINEMANN
CLERK
BY............................
DEPUTY CLERK

*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/04/2007 | 1 | COMPLAINT against Robert Albino, Jr, Robert Albino $ 350, filed by Patricia Brown, George Brown. (Attachments: # 1 Civil Cover Sheet) (Bowens, Priscilla) (Entered: 10/10/2007) |
| 10/04/2007 |  | Summons Issued as to Robert Albino, Jr, Robert Albino. (Bowens, Priscilla) (Entered: 10/10/2007) |
| 11/06/2007 | 2 | AFFIDAVIT of Service for Affidavit of Service *was* served on Robert Albino on October 24, 2007, filed by Patricia Brown, George Brown. (Borrell, Jeffrey) (Entered: 11/06/2007) |
| 11/07/2007 | 3 | AFFIDAVIT of Service for Affidavit of Service *was* served on Robert Albino, Jr. on October 24, 2007, filed by Patricia Brown, George Brown. (Borrell, Jeffrey) (Entered: 11/07/2007) |
| 11/28/2007 | 4 | Letter *to request pre-motion conference* by Robert Albino, Jr (Kondulis, John) (Entered: 11/28/2007) |
| 12/06/2007 | 5 | AFFIDAVIT of Service for Affidavit of Compliance *was* served on Robert Albino on October 24, 2007, filed by Patricia Brown, George Brown. (Borrell, Jeffrey) (Entered: 12/06/2007) |
| 12/07/2007 | 6 | AFFIDAVIT of Service for Affidavit of Compliance *was* served on Robert Albino, Jr. on October 24, 2007, filed by Patricia Brown, George Brown. (Borrell, Jeffrey) (Entered: 12/07/2007) |
| 01/11/2008 | 7 | SCHEDULING ORDER: A pre-motion conference has been scheduled for 1/17/08 at 11:30 AM before Hon. Raymond J. Dearie, Courtroom 10A-S. Ordered by Chief Judge Raymond J. Dearie on 1/9/08. (Chee, Alvin) (Entered: 01/11/2008) |
| 01/18/2008 | 8 | ORDER: In accordance with conversation with counsel at the 1/17/08 pre-motion conference, this matter is transferred to the United States District Court for the Southern District of New York, pursuant to 28 U.S.C. 1391(a). Ordered by Chief Judge Raymond J. Dearie on 1/17/08. (Chee, Alvin) (Entered: 01/18/2008) |
| 01/18/2008 |  | Case transferred to the Southern District of New York. Original file, certified copy of transfer order, and docket sheet sent. (Chee, Alvin) (Entered: 01/18/2008) |