*SULLIVAN, J.*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/3/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
PATRICIA BROWN & GEORGE BROWN

Plaintiff(s)

- against -

ROBERT ALBINO JR. and ROBERT ALBINO

Defendant(s)

STIPULATION DISCONTINUING
ACTION WITH PREJUDICE

DOCKET #: 08 CV 895 (RJS)

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person, not a party, has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued with prejudice, without costs to any party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

DATED:    Westbury, New York
          February 12, 2008

John W. Kondulis, Esq.
JAMES G. BILELLO & ASSOCIATES
Attorneys for Defendant(s)
Robert Albino Jr. also s/h/a Robert Allbino
875 Merrick Avenue
Westbury, New York 11590
(516) 229-4312
Our File #: 07K1286

Borell & Riso LLP
Attorneys for Plaintiff(s)
1500 Hylan Boulevard
Staten Island, NY 10305
718 667 8600

So – Ordered  USDCJ

EN RDERED
Dated.    5/1/08   RICHARD J. SULLIVAN
                   U.S.D.J.